UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOSEPH JOHNSON, | No. 2:19-cv-1103 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BLACKMON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed July 11, 2019, plaintiff's complaint was screened and he was given the option to proceed immediately on his claims against defendants Struble and Peña or to amend the complaint. ECF No. 6 at 8. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the July 11, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and it will be recommended that the claims against defendant Blackmon be dismissed without prejudice.

////

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: August 1, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:john1103.amend